**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LEEDOM FINANCIAL SERVICES, LLC,**

    **Plaintiff,**

v.                                                         **Case No.  8:10-cv-1505-T-30TBM**

**THEODORE WHEELER,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Theodore Wheeler's Motion to Dismiss (Dkt. 4) and Plaintiff Leedom Financial Services, Inc.'s Response in opposition (Dkt. 9).  A hearing was held on March 16, 2010, during which the Court heard argument on the motion.  The Court determined that personal jurisdiction exists over Wheeler.  In addition, Plaintiff agreed to amend the complaint to cure redundancies and deficiencies in the pleading.  Counts I and II are dismissed with leave to amend to combine those counts into a claim for fraud.  Count V is also dismissed with leave to amend.  Counts III and IV are dismissed without leave to amend.  For the reasons stated on the record, it therefore is

    ORDERED AND ADJUDGED that:

    1.    Defendant's Motion to Dismiss (Dkt. 4) is DENIED in part and GRANTED in part.

2. Plaintiff shall file an amended complaint within twenty (20) days of this Order.

**DONE** and **ORDERED** in Tampa, Florida on March 16, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-1505.mtd 4.frm