# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

LEEDOM FINANCIAL SERVICES,
LLC,

      Plaintiff,

v.                                Case No: 8:10-cv-1505-T-30TBM

THEODORE WHEELER,

      Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Second Status Report (Dkt. #29) in which Plaintiff requests a dismissal without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(2) based on Defendant's bankruptcy filings.  Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

1.  This cause is dismissed without prejudice.

2.  All pending motions are denied as moot.

3.  The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 16th day of May, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2010\10-cv-1505 dismissal 29.docx